UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| THOMAS W. BEAUDREAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | No.: 3:12-cv-131 |
| | ) | |
| KNOX COUNTY, WESLEY COLEMAN, | ) | Collier/Guyton |
| Officer with the Knox County Sheriff's | ) | |
| Department, and JASON ACUFF, Officer | ) | |
| with the Knox County Sheriff's | ) | |
| Department, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL OF KNOX COUNTY, TENNESSEE AND OF OFFICERS COLEMAN AND ACUFF IN THEIR OFFICIAL CAPACITIES**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties hereby stipulate that Plaintiff's claims against Knox County, Tennessee, and plaintiff's claims against Officers Coleman and Acuff in in their official capacities, are hereby dismissed with prejudice.

Respectfully submitted this 7th day of February, 2014.

s/A. Philip Lomonaco by permission granted to TM
A. Philip Lomonaco  (BPR #11579)
apl@know-law.com
Law Offices of Philip Lomonaco
800 S. Gay Street, Suite 2610
Knoxville, TN  37929
(865) 521-7422

Attorney for Plaintiff

s/Thomas Mullin
Thomas Mullin  (BPR #024817)
Deputy Law Director
Knox County Law Director's Office
Suite 612, City-County Building
400 Main Street
Knoxville, TN  37902
(865) 215-2327

Attorney for Defendant Knox County, Tennessee (which includes Officers Coleman and Acuff in their official capacities)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of February, 2014, a copy of the foregoing **Stipulation of Dismissal** was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

s/ Thomas Mullin
Thomas Mullin  (BPR #024817)

2